IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, 1600 AMPHITHEATRE PARKWAY, MOUNTAIN VIEW, CALIFORNIA 94043 RELATED TO THE FOLLOWING LOCATIONS AND DATES:<br><br>LATITUDE AND LONGITUDE<br>38.170533°, -85.685408° (Point 1) to<br>38.170967°, -85.685319° (Point 2) to<br>38.171119°, -85.684836° (Point 3) to<br>38.170575°, -85.684461° (Point 4) to<br>38.170400°, -85.684761° (Point 5)<br><br>AT 11:30PM EST ON 5/30/2020 TO 12:50AM EST ON 6/1/2020 | Case No.  3:20-mj-426<br><br>**Filed Under Seal** |

**ORDER**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google, an electronic communication service provider and/or a remote computing service, not to notify any person of the existence of the attached warrant until June 24, 2021.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual.  *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google shall not disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber

or to any other person, for a period of 365 days, except that Google may disclose the attached warrant to an attorney for Google for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Regina S. Edwards, Magistrate Judge
United States District Court

June 24, 2020

**ENTERED**

VANESSA L ARMSTRONG, CLERK

Jun 24, 2020

U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

2